FILED

Oct 16  2 12 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WALTER PRINCISVALLE | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 302CV154 (GLG) |
| | ) | |
| VS. | ) | |
| | ) | |
| COLLAVINO NORTHEAST | ) | |
| CONSTRUCTION, LLC | ) | |
| | ) | |
| Defendant. | ) | OCTOBER 15, 2003 |

### MOTION FOR DEFAULT FOR FAILURE TO PLEAD

The Plaintiff Walter Princisvalle, by and through his undersigned counsel, hereby moves that a default be entered against the Defendant Collavino Northeast Construction, LLC, pursuant to Rule 55 of the Federal Rules of Civil Procedure for failure to answer the Plaintiff's Complaint,

1

dated January 24, 2002.

                                THE PLAINTIFF,
                                WALTER PRINCISVALLE

                            By _____
                                F. Timothy McNamara, Esq.
                                Fed. Bar #ct04227
                                F. Timothy McNamara, P.C.
                                102 Oak Street
                                Hartford, CT  06106
                                Tel. 860-249-8458
                                Fax 860-249-8850
                                ftimothymcnamara@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed by first class mail, postage prepaid on this 15th day of October, 2003 to:

Joseph A. La Bella, Esq.
D'Attelo & Shields
Suite 4B
500 Enterprise Drive
Rocky Hill, CT  06067

                                _____
                                F. Timothy McNamara, Esq.
                                F. Timothy McNamara, P.C.