FILED

Oct 16  2 12 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER PRINCISVALLE ) | |
| ) | |
| Plaintiff, ) | CASE NO. 302CV154 (GLG) |
| ) | |
| VS. ) | |
| ) | |
| COLLAVINO NORTHEAST ) | |
| CONSTRUCTION, LLC ) | |
| ) | |
| Defendant. ) | OCTOBER 15, 2003 |

## MOTION FOR DEFAULT FOR FAILURE TO PLEAD

The Plaintiff Walter Princisvalle, by and through his undersigned counsel, hereby moves that a default be entered against the Defendant Collavino Northeast Construction, LLC, pursuant to Rule 55 of the Federal Rules of Civil Procedure for failure to answer the Plaintiff's Complaint,

DEFAULT ENTERED PURSUANT TO RULE 55
KEVIN F. ROWE CLERK
BY FRANK DEPINO

FILED Oct 23  2 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

1

dated January 24, 2002.

> THE PLAINTIFF,
> WALTER PRINCISVALLE
>
> By _____
> F. Timothy McNamara, Esq.
> Fed. Bar #ct04227
> F. Timothy McNamara, P.C.
> 102 Oak Street
> Hartford, CT 06106
> Tel. 860-249-8458
> Fax 860-249-8850
> ftimothymcnamara@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed by first class mail, postage prepaid on this 15th day of October, 2003 to:

Joseph A. La Bella, Esq.
D'Attelo & Shields
Suite 4B
500 Enterprise Drive
Rocky Hill, CT 06067

_____
F. Timothy McNamara, Esq.
F. Timothy McNamara, P.C.

2