UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER PRINCISVALLE | |
| | CIVIL ACTION NO. |
| Plaintiff, | 302CV154 (GLG) |
| VS. | |
| COLLAVINO NORTHEAST CONSTRUCTION, LLC, | |
| Defendant | SEPTEMBER 29, 2003 |

## MOTION FOR ENLARGEMENT OF DISCOVERY DEADLINE

The defendant, Collavino Northeast Construction, LLC, , hereby moves this court for an enlargement of time of ninety (90) days, until and including January 2, 2004, to complete discovery in this matter.

Presently, the parties are required to complete discovery by October 1, 2003. The defendant, Collavino Northeast Construction, has now located in Canada, which has delayed its participation in the matter. In addition, the parties have cooperated in discovery, but to date they have been unable to complete the necessary discovery in advance of the expiration of the discovery deadline.

Counsel for the plaintiff has verbally consented to this extension of time.