RECEIVED

NOV 0 4 2003

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 7 2 11 PM '03
DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| WALTER PRINCISVALLE | : | CIVIL ACTION NO. |
| | : | 302CV154 (GLG) |
| Plaintiff, | : | |
| V. | : | |
| | : | |
| COLLAVINO NORTHEAST | : | |
| CONSTRUCTION, LLC | : | |
| | : | |
| Defendant. | : | NOVEMBER 3, 2003 |

ANSWER TO PLAINTIFF'S COMPLAINT DATED
JANUARY 24, 2002

1. Paragraph 1 is admitted.

2. The defendant admits that at the time of this incident, it had a regular place of business in Stamford, Connecticut. As to the remaining allegations contained in Paragraph 2, the defendant lacks sufficient knowledge or information upon which to form a belief and, therefore, leaves the plaintiff to his proof.

3. Paragraph 3 is admitted.

4. The defendant denies so much of Paragraph 4 as states " several laborers for the defendant Collavino Northeast Construction Company, LLC dropped a 21 foot I-beam . . " As to the remaining allegations contained in Paragraph 4, they are admitted.

5. Paragraph 5 is denied.

6. Paragraph 6 is admitted.

7. Paragraph 7 is admitted.

## BY WAY OF SPECIAL DEFENSE

FIRST SPECIAL DEFENSE:

The plaintiff's injuries and losses, if any, were caused in whole or in part by his own negligence in one or more of the following ways:

    a.    in that he improperly instructed employees of Collavino Northeast in the proper manner and method of stripping forms from the area; and

    b.    in that he stood in an area where he knew or should have known there was a risk of injury when he knew or should have known of the danger in doing so; and

    c.    in that he assumed dominion and control over employees of Collavino Northeast Construction but failed to ensure that they had properly understood and would properly execute his instructions.

SECOND SPECIAL DEFENSE:

The plaintiff had assumed control of the process by which the Collavino employees completed their work and, therefore, assumed responsibility for their actions.

                                      THE DEFENDANT:
                                      COLLAVINO NORTHEAST
                                      CONSTRUCTION, LLC

By_____
                                      Joseph A. La Bella
                                      D'Attelo & Shields
                                      500 Enterprise Drive, Suite 4B
                                      Rocky Hill, CT 06067
                                      Telephone: (860) 571-7999
                                      Fax: (860) 571-7979
                                      Federal Bar No. ct01403

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via postage prepaid mail this 3rd day of November, 2003 to the following counsel and pro se parties of record:

F. Timothy McNamara, Esq.
Timothy McNamara, P.C.
102 Oak Street
Hartford, CT 06106

*Joseph A. La Bella*