UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER PRINCISVALLE | ) |
| Plaintiff, | ) CASE NO. 302CV154 (GLG) |
| VS. | ) |
| COLLAVINO NORTHEAST CONSTRUCTION, LLC | ) |
| Defendant. | ) NOVEMBER 5, 2003 |

## ANSWER TO THE SPECIAL DEFENSES

First Special Defense:

The Plaintiff, Walter Princisvalle denies the Defendant's First Special Defense and all of its subparts.

Second Special Defense:

The Plaintiff, Walter Princisvalle denies the Defendant's Second

Special Defense.

                                          THE PLAINTIFF,
                                          WALTER PRINCISVALLE

By _____
F. Timothy McNamara, Esq.
Fed. Bar #ct04227
F. Timothy McNamara, P.C.
102 Oak Street
Hartford, CT 06106
Tel. 860-249-8458
Fax 860-249-8850
ftimothymcnamara@aol.com

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed by first class mail, postage prepaid on this 5th day of November, 2003 to:

Joseph A. La Bella, Esq.
D'Attelo & Shields
Suite 4B
500 Enterprise Drive
Rocky Hill, CT 06067

_____
F. Timothy McNamara, Esq.
F. Timothy McNamara, P.C.

2