FILED

Nov 12  3 09 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER PRINCISVALLE | : CIVIL ACTION NO. |
| | : 302CV154 (GLG) |
| Plaintiff, | : |
| V. | : |
| | : |
| COLLAVINO NORTHEAST | : |
| CONSTRUCTION, LLC | : |
| | : |
| Defendant. | : |
| | : NOVEMBER 7, 2003 |

## MOTION FOR ENLARGEMENT OF TIME REGARDING REQUESTS FOR ADMISSION

Pursuant to Federal Rules of Civil Procedure Rule 6(b), the defendant, COLLAVINO CONSTRUCTION, LLC, hereby moves for an enlargement of time of thirty (30) days in which to respond to the plaintiff's Requests for Admission dated October 16, 2003.

The enlargement of time is necessary to allow the defendant adequate time to gather information and prepare appropriate responses to the interrogatories and to gather the requested documents.

This is the first motion seeking to enlarge the time within which to respond to the plaintiff's Requests for Admission. On October 28, 2003, the undersigned's paralegal

contacted F. Timothy McNamara, counsel for the plaintiff, who indicated he had no objection to this motion.

WHEREFORE, the moving defendant requests that this motion be granted.

THE DEFENDANT:
COLLAVINO NORTHEAST
CONSTRUCTION, LLC

By _____
Joseph A. La Bella
D'Attelo & Shields
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
Telephone: (860) 571-7999
Fax: (860) 571-7979
Federal Bar No. ct01403

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via postage prepaid mail this _____ day of November, 2003 to the following counsel and pro se parties of record:

F. Timothy McNamara, Esq.
Timothy McNamara, P.C.
102 Oak Street
Hartford, CT 06106

_____
Joseph A. LaBella

2