FILED

Nov 12  3 09 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER PRINCISVALLE | CIVIL ACTION NO. 302CV154 (GLG) |
| Plaintiff, | |
| V. | |
| COLLAVINO NORTHEAST CONSTRUCTION, LLC | |
| Defendant. | |
| | NOVEMBER 7, 2003 |

## MOTION FOR ENLARGEMENT OF TIME REGARDING REQUESTS FOR ADMISSION

Pursuant to Federal Rules of Civil Procedure Rule 6(b), the defendant, COLLAVINO CONSTRUCTION, LLC, hereby moves for an enlargement of time of thirty (30) days in which to respond to the plaintiff's Requests for Admission dated October 16, 2003.

The enlargement of time is necessary to allow the defendant adequate time to gather information and prepare appropriate responses to the interrogatories and to gather the requested documents.

This is the first motion seeking to enlarge the time within which to respond to the plaintiff's Requests for Admission. On October 28, 2003, the undersigned's paralegal

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By: J. A. Brown
    Deputy Clerk

NEW HAVEN, CONN.
U.S. DISTRICT COURT

NOV 13  4 34 PM '03

FILED