FILED

Nov 18  2 29 PM '03

U.S. DISTRICT COURT
NEW HAVEN. CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER PRINCISVALLE | : CIVIL ACTION NO. |
| | : 302CV154 (GLG) |
| Plaintiff, | : |
| V. | : |
| | : |
| COLLAVINO NORTHEAST | : |
| CONSTRUCTION, LLC | : |
| | : |
| Defendant. | : |
| | : NOVEMBER 10, 2003 |

## MOTION FOR ENLARGEMENT OF TIME REGARDING REVISED REQUESTS FOR ADMISSION

Pursuant to Federal Rules of Civil Procedure Rule 6(b), the defendant, COLLAVINO CONSTRUCTION, LLC, hereby moves for an enlargement of time of eleven (11) days, until December 16, 2003, in which to respond to the plaintiff's Revised Requests for Admission dated November 5, 2003.

The enlargement of time is necessary to allow the defendant adequate time to gather information and prepare appropriate responses to the interrogatories and to gather the requested documents.

This is the first motion seeking to enlarge the time within which to respond to the

plaintiff's Revised Requests for Admission.

Previously, the undersigned's paralegal contacted F. Timothy McNamara, counsel for the plaintiff, regarding a Motion for Enlargement filed in connection with the plaintiff's original Requests for Production dated October 16, 2003. Attorney McNamara indicated he did not have an objection to the previously filed Motion for Enlargement. This Motion for Enlargement does not seek an extension beyond that already requested.

WHEREFORE, the moving defendant requests that this motion be granted.

> THE DEFENDANT:
> COLLAVINO NORTHEAST
> CONSTRUCTION, LLC
>
> By _____
> Joseph A. LaBella
> D'Attelo & Shields
> 500 Enterprise Drive, Suite 4B
> Rocky Hill, CT 06067
> Telephone: (860) 571-7999
> Fax: (860) 571-7979
> Federal Bar No. ct01403

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via postage prepaid mail this 10th day of November, 2003 to the following counsel and pro se parties of record:

F. Timothy McNamara, Esq.
Timothy McNamara, P.C.
102 Oak Street
Hartford, CT 06106

Joseph A. La Bella

3