FILED
Nov 10  2 29 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER PRINCISVALLE | CIVIL ACTION NO. |
| | 302CV154 (GLG) |
| Plaintiff, | |
| V. | |
| COLLAVINO NORTHEAST CONSTRUCTION, LLC | |
| Defendant. | NOVEMBER 10, 2003 |

## MOTION FOR ENLARGEMENT OF TIME REGARDING REVISED REQUESTS FOR ADMISSION

Pursuant to Federal Rules of Civil Procedure Rule 6(b), the defendant, COLLAVINO CONSTRUCTION, LLC, hereby moves for an enlargement of time of eleven (11) days, until December 16, 2003, in which to respond to the plaintiff's Revised Requests for Admission dated November 5, 2003.

The enlargement of time is necessary to allow the defendant adequate time to gather information and prepare appropriate responses to the interrogatories and to gather the requested documents.

This is the first motion seeking to enlarge the time within which to respond to the

11/24/03: Motion GRANTED

FILED
Nov 25  2 42 PM '03