FILED

DEC 9  3 25 PM '03

U.S. ___ ___
N.w ___ ___

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

WALTER PRINCISVALLE

                            Plaintiff,

V.

COLLAVINO NORTHEAST
CONSTRUCTION, LLC

                            Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.
302CV154 (GLG)

DECEMBER 4, 2003

## SECOND MOTION FOR ENLARGEMENT OF TIME
## RE DISCOVERY

The defendant, Collavino Northeast Construction, LLC, hereby moves for an enlargement of time and in support of this motion, sets forth the following:

1.      The paralegal for the undersigned attorney has contacted counsel for the plaintiff and he has no objection to this motion.

2.      By order of November 3, 2003, the court granted the defendant's Motion for Enlargement of Time setting a discovery cut-off date of January 2, 2004.

2.      The undersigned has recently located his client and has begun the process of preparing responses to Requests for Admission.

preparing responses to Requests for Admission.

3.    The defendant will need additional time to conduct written discovery and take depositions in this case.

4.    The defendant respectfully moves for an enlargement of time within which to complete discovery until April 2, 2004.

WHEREFORE, based on the foregoing, the defendant, Collavino Northeast Construction, LLC, respectfully moves the court for an enlargement of time until April 2, 2004.

THE DEFENDANT:
COLLAVINO NORTHEAST
CONSTRUCTION, LLC

By

Joseph A. La Bella
D'Attelo & Shields
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
Telephone: (860) 571-7999
Fax: (860) 571-7979
Federal Bar No. ct01403

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent via postage prepaid mail this ___ day of December, 2003 to the following counsel and pro se parties of record:

F. Timothy McNamara, Esq.
F. Timothy McNamara, P.C.
102 Oak Street
Hartford, CT 06106

Joseph A. La Bella

3