FILED

Dec 17  1 20 PM '03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
AT NEW HAVEN

|  |  |
|---|---|
| WALTER PRINCISVALLE<br><br>  Plaintiff,<br>V.<br><br>COLLAVINO NORTHEAST<br>CONSTRUCTION, LLC<br><br>  Defendant. | : CIVIL ACTION<br>: NO. 302CV154 (GLG)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: DECEMBER 16, 2003 |

## NOTICE OF APPEARANCE

PLEASE ENTER the appearance of Leslie Gold McPadden, as attorney for the defendant Collavino Northeast Construction, LLC in the above-entitled matter.

THE DEFENDANT,
Collavino Northeast Construction, LLC

By /s/ Leslie Gold McPadden
Leslie Gold McPadden
D'Attelo & Shields
500 Enterprise Drive
Rocky Hill, CT 06067
ct017525

## CERTIFICATION

I hereby certify that a copy of the above was mailed on December 16, 2003 to all counsel and pro se parties of record:

F. Timothy McNamara
Timothy McNamara P.C.
102 Oak Street
Hartford, CT 06106

Leslie Gold McPadden