**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------X
WALTER PRINCISVALLE,           :
                               :
        Plaintiff,             :           ORDER
                               :
     -against-                 :
                               :       3: 02 CV 154 (GLG)
COLLAVINO NORTHEAST CONSTRUCTION, :
                               :
        Defendant.             :
------------------------------X
```

Defendant's motion for enlargement of time to complete discovery to April 2, 2004 [Doc. #23] is hereby **Granted.**

    **SO ORDERED.**

**Dated:  December 22, 2003**
        **Waterbury, CT**                            /s/
                                         **Gerard L. Goettel**
                                            **U.S.D.J.**