FILED

Dec 29  2 ∞ PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER PRINCISVALLE | ) |
| Plaintiff, | ) CASE NO. 302CV154 (GLG) |
| VS. | ) |
| COLLAVINO NORTHEAST CONSTRUCTION, LLC | ) |
| Defendant. | ) DECEMBER 24, 2003 |

## MOTION TO COMPEL PRODUCTION AND DEPOSITION

The Plaintiff, Walter Princisvalle respectfully moves this Court to compel the Defendant Collavino Northeast Construction, LLC, by its designated person, to produce certain documents and the person who is familiar with the incident that occurred on December 14, 2000, which is the subject matter of this lawsuit, as required pursuant to the Federal Rules of Civil Procedure Rule 30(b)(6).

On August 7, 2003, the Plaintiff noticed the deposition of the Defendant's designee in order to testify about matters known to the Defendant in accordance with Federal Rules of Civil Procedure Rule 30(b)(6). The deposition was scheduled to take place on September 11, 2003, and at the request of the

Defendant the deposition was postponed. A copy of the Notice of Deposition is attached hereto and designated as Exhibit A.

By letter dated September 24, 2003 and November 5, 2003, copies of which are also attached hereto, the Plaintiff requested of the Defendant the designated person and dates for said deposition. These letters are designated as Exhibit B. The Defendant assured the Plaintiff that it would produce Rule 30(b)(6) designee. The Defendant has failed to produce a knowledgeable person and prepared Rule 30(b)(6) designee.

The Notice of Deposition (Exhibit A), states: "Please take notice that, pursuant to Rules 30 and 34 of the Federal Rules of Civil Procedure, the Plaintiff Walter Princisvalle will take the deposition upon oral examination of the Defendant Collavino Northeast Construction, LLC by its designated person as required by Rule 30(b)(6) of the Federal Rules of Civil Procedure, who is familiar with the incident on December 14, 2000, which is the subject matter of this lawsuit, . . .".

A deposition notice made pursuant to Rule 30(b)(6) requires the named entity to designate one or more officers or persons to testify with respect to matters set forth in the notice of deposition. See Fed.R.Civ.P. 30(b)(6); Marker v.

Union Fidelity Life Insurance Co., 125 F.R.D. 121, 126 (M.D.N.C. 1989). "A party need only designate, with reasonable particularity, the topics for examination. The corporation then must not only produce such number of persons as will satisfy the request, but more importantly, prepare them so that they may give complete, knowledgeable and binding answers on behalf of the corporation." Marker v. Union Fidelity, Supra, 125 F.R.D. at 126 citing Federal Deposit Insurance Corporation v. Butcher, 116 F.R.D. 196 (E.D.Tenn. 1986). See Reilly v. NAT West Mkts. Group, Inc., 181 F.3rd 253, 268, 269 (2nd Cir. 1999).

In view of the Defendant's Responses to the Revised Requests for Admission Under Rule 36, in that it claims no knowledge as to several of the responses and therefore the sought deponent of necessity would have to know. Therefore, the Plaintiff respectfully moves the Court to grant this Motion to Compel the Defendant to produce the documents requested in the deposition notice and the person who is familiar with the incident that occurred on December 14, 2000, which is the subject matter of this lawsuit, in accordance with the Notice of Deposition.

THE PLAINTIFF,
WALTER PRINCISVALLE

By _____
F. Timothy McNamara, Esq.
Fed. Bar #ct04227
F. Timothy McNamara, P.C.
102 Oak Street
Hartford, CT 06106
Tel. 860-249-8458
Fax 860-249-8850
ftimothymcnamara@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed by first class mail, postage prepaid on this 24th day of December, 2003 to:

Joseph A. La Bella, Esq.
Leslie Gold McPadden, Esq.
D'Attelo & Shields
500 Enterprise Drive
Rocky Hill, CT 06067

_____
F. Timothy McNamara, Esq.
F. Timothy McNamara, P.C.

4

# EXHIBIT A

EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER PRINCISVALLE ) | |
| ) | |
| Plaintiff, ) | CASE NO. 302CV154 (GLG) |
| ) | |
| VS. ) | |
| ) | |
| COLLAVINO NORTHEAST ) | |
| CONSTRUCTION, LLC ) | |
| ) | |
| Defendant. ) | AUGUST 7, 2003 |

### NOTICE OF DEPOSITION

Please take notice that, pursuant to Rules 30 and 34 of the Federal Rules of Civil Procedure, the Plaintiff Walter Princisvalle will take the deposition upon oral examination of the Defendant Collavino Northeast Construction, LLC by its designated person as required by Rule 30(b)(6) of Federal Rules of Civil Procedure, who is familiar with the incident that occurred on December 14, 2000, which is the subject matter of this lawsuit, on Thursday, September 11, 2003, at 10:00 a.m., at the Law Offices of D'Attelo & Shields, 500 Enterprise Drive, Suite 4B, Rocky Hill, Connecticut

06067. The deposition will be recorded by stenographic means before a notary public or some other officer authorized by law to administer oaths.

The deponent is requested to bring to the deposition the documents listed on the attached Schedule A.

                THE PLAINTIFF,
                WALTER PRINCISVALLE

By _____
   F. Timothy McNamara, Esq.
   Fed. Bar #ct04227
   F. Timothy McNamara, P.C.
   102 Oak Street
   Hartford, CT 06106
   Tel. 860-249-8458
   Fax 860-249-8850
   ftimothymcnamara@aol.com

Case 3:02-cv-00154-JGM    Document 26    Filed 12/29/2003    Page 7 of 14

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed by certified mail, return receipt requested on this 7th day of August, 2003 to:

Joseph A. La Bella, Esq.
D'Attelo & Shields
Suite 4B
500 Enterprise Drive
Rocky Hill, CT 06067

                                       F. Timothy McNamara, Esq.
                                       F. Timothy McNamara, P.C.

cc:    Brandon Smith Reporting Service, LLC
        44 Capitol Avenue
        Hartford, CT 06106

# SCHEDULE A

### Definitions and Instructions

1.  The term "you" means Collavino Northeast Construction, LLC, each of its divisions or departments, subsidiaries, agents and employees, and each person acting or purporting to act on their behalf.

2.  The term "person" means any natural person, corporation, partnership, proprietorship, group, association, organization, business entity, governmental body, agency and any officer, employee or agent of the foregoing.

3.  The term "document" means the original and any non-identical copy, regardless of origin or location, or any form of recorded information, in whole or in part, including without limitation, writings, drawings, graphs, charts, photographs, phono-records, computer-stored and computer-retrievable information and other data compilations from which information can be obtained, translated, if necessary, by the deponent through detection devices into reasonably usable form.

4.   The term "December 14, 2000" means the date the incident took place, which is the subject matter of this lawsuit.

5.   If you withhold under a claim of privilege any document covered by this request, furnish a list specifying for each document the basis on which privilege is claimed, the name of each author, the name and job title of each recipient and person to whom a copy or copies were furnished, the date, and a sufficient description of the document to evaluate your claim of privilege.

## DOCUMENT REQUESTS

1.   Copies of any and all reports prepared by you concerning the incident that occurred on December 14, 2000.

2.   A list of the persons and their trades who were present on December 14, 2000.

3.   Any and all reports filed by the persons who were present on December 14, 2000.

4.   The names and addresses of the employers of the persons who were present on December 14, 2000.

5. The names and addresses of the persons who were present on December 14, 2000 and who witnessed the incident.

6. A list of the persons who were present on December 14, 2000, who were not employed by you and whose presence you are aware of.

EXHIBIT B

LAW OFFICES OF
## F. TIMOTHY McNAMARA, P.C.

EXHIBIT B

102 OAK STREET
HARTFORD, CONNECTICUT 06106

F. TIMOTHY McNAMARA

(860) 249-8458
FAX (860) 249-8850
ftimothymcnamara@aol.com

September 24, 2003

Joseph A. La Bella, Esq.
D'Attelo & Shields
500 Enterprise Drive, Suite 4B
Rocky Hill, CT  06067

Re:  <u>Walter Princisvalle vs. Collavino Northeast Construction</u>

Dear Attorney La Bella:

    It is my understanding that you were going to file a motion to extend discovery.  What is the status?  Also, at your request we postponed the deposition of Collavino Northeast Construction and at that time your secretary Laura said she would get for us the name of the designated person at Collavino and some dates.  We have not yet received the name of the deponent or dates for the deposition.  May we hear from you?

                                Very truly yours,

                                F. Timothy McNamara

FTM/tia

LAW OFFICES OF
# F. TIMOTHY MCNAMARA, P.C.
102 OAK STREET
HARTFORD, CONNECTICUT 06106

EXHIBIT B

F. TIMOTHY MCNAMARA

(860) 249-8458
FAX (860) 249-8850
ftimothymcnamara@aol.com

November 5, 2003

CERTIFIED MAIL/RRR

Joseph A. La Bella, Esq.
D'Attelo & Shields
Suite 4B
500 Enterprise Drive
Rocky Hill, CT  06067

Re: <u>Walter Princisvalle vs. Collavino Northeast Construction</u>

Dear Attorney La Bella:

    I noticed a typo in the Requests for Admissions that was mailed to you on October 16th. Please note that numbers 1 and 2 has "December 14, 2002" when in fact it should be "December 14, 2000". I have therefore enclosed a Revised Requests for Admission Under Rule 36, which has the correct year.

    Also, have you been able to obtain the designated person at Collavino and dates when I can take his deposition?

                                      Very truly yours,

                                      F. Timothy McNamara

FTM/tia
Enclosure