*Motion GRANTED in the absence of opposition.*
*Gerard L. Goettel, USDJ*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER PRINCISVALLE | ) |
| Plaintiff, | ) CASE NO. 302CV154 (GLG) |
| VS. | ) |
| COLLAVINO NORTHEAST CONSTRUCTION, LLC | ) |
| Defendant. | ) DECEMBER 24, 2003 |

## MOTION TO COMPEL PRODUCTION AND DEPOSITION

The Plaintiff, Walter Princisvalle respectfully moves this Court to compel the Defendant Collavino Northeast Construction, LLC, by its designated person, to produce certain documents and the person who is familiar with the incident that occurred on December 14, 2000, which is the subject matter of this lawsuit, as required pursuant to the Federal Rules of Civil Procedure Rule 30(b)(6).

On August 7, 2003, the Plaintiff noticed the deposition of the Defendant's designee in order to testify about matters known to the Defendant in accordance with Federal Rules of Civil Procedure Rule 30(b)(6). The deposition was scheduled to take place on September 11, 2003, and at the request of the