UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER PRINCISVALLE ) | |
| ) | |
| Plaintiff, ) | CASE NO. 302CV154 (GLG) |
| ) | |
| VS. ) | |
| ) | |
| COLLAVINO NORTHEAST ) | |
| CONSTRUCTION, LLC ) | |
| ) | |
| Defendant. ) | APRIL 14, 2004 |

## MOTION TO DETERMINE SUFFICIENCY OF ANSWERS TO REVISED REQUESTS FOR ADMISSION PURSUANT TO 36(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE, AND TO DETERMINE REQUESTS ADMITTED

On November 5, 2003, the Plaintiff filed with the Defendant its document entitled Revised Requests for Admission Under Rule 36. On December 4, 2003, the Defendant then filed a Second Motion for Enlargement of Time, Re: Discovery, wherein the Defendant requested an enlargement of time until April 2, 2004. Thereafter on December 16, 2003, the Defendant filed Defendant's

1

Responses to Revised Requests for Admission Under Rule 36, a copy of which is attached hereto and designated as Exhibit A.

The Plaintiff moves that the Defendant be ordered to respond to the request for admission numbers 4, 5 and 8, or that the request be deemed admitted for the following reasons:

Request for Admission:

4. On December 14, 2000, the Plaintiff Walter Princisvalle was discussing work assignments with the agents, servants and employees of Defendant Collavino Northeast Construction, LLC.

Response:

Assuming this request to relate to the time in and around the time of plaintiff's alleged incident, the defendant can neither admit nor deny this request at this time despite having made reasonable inquiries in this regard.

Determine Sufficiency of Response:

Either the persons identified in the request to admit were employees or they were not. This type of response is inconsistent with the rules upon which the motion was filed. We attach a document (Exhibit B) received from Gregg W. Hooper who was employed by the insurance company that is involved in this

case in which he states as facts the fact we asked to be admitted, to wit: "During this discussion, several laborers working for Collavino Northeast Construction Company, dropped a 21-foot I-beam that struck Mr. Princisvalle in the neck and back".

Request for Admission:

     5.     On December 14, 2000, laborers who were employees, servants and/or agents of the Defendant Collavino Northeast Construction, LLC dropped a 21 foot I-beam hitting the Plaintiff Walter Princisvalle in the neck and back.

Response:

     The defendant can neither admit nor deny this request at this time despite having made reasonable inquires in this regard.

Determine Sufficiency of Response:

     Either the persons identified in the request to admit were employees or they were not. This type of response is inconsistent with the rules upon which the motion was filed. We find it difficult to understand what the reasonable inquiry was to not require an answer.

Request for Admission:

8.     On the 22nd day of May, 2003, Dr. Michael Daras examined the Plaintiff Walter Princisvalle at the request of the Zurich American Ins. Co. and concluded that as a result of the incident before described and the injuries that resulted there from the Plaintiff could no longer work and was permanently disabled as a result of the occurrence.

Response:

The defendant can neither admit nor deny this request at this time despite having made reasonable inquires in this regard.  The defendant admits that the plaintiff has produced a copy of a report that purports to be from Dr. Daras which states: "it is my opinion that the patient is totally disabled."  This defendant cannot, however, admit the foundation nor the conclusions of Dr. Daras.

Determine Sufficiency of Response:

Either he acted upon the request of the insurance company so identified or he did not.  We attach as Exhibit C to this motion a copy of the report concerning this request and it clearly names Zurich as the insurance

4

carrier and as the court will recall Zurich is the Insurer for the Defendant.

                        THE PLAINTIFF,
                        WALTER PRINCISVALLE

By_____
    F. Timothy McNamara, Esq.
    Fed. Bar #ct04227
    F. Timothy McNamara, P.C.
    102 Oak Street
    Hartford, CT  06106
    Tel. 860-249-8458
    Fax 860-249-8850
    ftimothymcnamara@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed by first class mail, postage prepaid on this 14th day of April, 2004 to:

Joseph A. La Bella, Esq.
Leslie Gold McPadden, Esq.
D'Attelo & Shields
500 Enterprise Drive
Rocky Hill, CT  06067

                        _____
                        F. Timothy McNamara, Esq.
                        F. Timothy McNamara, P.C.