UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER PRINCISVALLE ) | |
| ) | |
| Plaintiff, ) | CASE NO. 302CV154 (GLG) |
| ) | |
| VS. ) | |
| ) | |
| COLLAVINO NORTHEAST ) | |
| CONSTRUCTION, LLC ) | |
| ) | |
| Defendant. ) | APRIL 20, 2004 |

## MOTION FOR DEFAULT FOR FAILURE TO COMPLY WITH ORDER OF THE COURT

The Plaintiff, Walter Princisvalle respectfully moves that a default be entered against the Defendant Collavino Northeast Construction, LLC for failure to comply with the Plaintiff's Motion to Compel Production and Deposition, which motion was granted by the Court.

1. On August 7, 2003, the Plaintiff noticed the Deposition of the Defendant's designee in order to testify about matters known to the Defendant in accordance with Federal Rules of Civil Procedure Rule 30(b)(6).

2.    On December 24, 2003, the Plaintiff filed a Motion to Compel Production and Deposition of the Defendant's designated person.

3.    On February 5, 2004, the Court granted the Plaintiff's Motion to Compel Production and Deposition.

The Defendant has failed to produce its designated person, and certain documents, as required pursuant to the Federal Rules of Civil Procedure Rule 30(b)(6).  The Plaintiff hereby moves that a default be entered against the Defendant.

        THE PLAINTIFF,
        WALTER PRINCISVALLE

By_____
    F. Timothy McNamara, Esq.
    Fed. Bar #ct04227
    F. Timothy McNamara, P.C.
    102 Oak Street
    Hartford, CT  06106
    Tel. 860-249-8458
    Fax 860-249-8850
    ftimothymcnamara@aol.com

3

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed by first class mail, postage prepaid on this _____ day of April, 2004 to:

Joseph A. La Bella, Esq.
Leslie Gold McPadden, Esq.
D'Attelo & Shields
500 Enterprise Drive
Rocky Hill, CT  06067

_____
F. Timothy McNamara, Esq.
F. Timothy McNamara, P.C.

3