UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRINCISVALLE                          :

v.                                    :    NO. 3:02cv154 (JBA)

COLLAVINO NORTHEAST CONSTRUCTION      :


### ENDORSEMENT ORDER [DOC. #29]


   Plaintiff's Motion for Default for Failure to Comply with Order of the Court [doc. #29] is GRANTED.  On February 05, 2004, Plaintiff's Motion to Compel was granted, and defendant was accordingly ordered to produce the documents requested in the deposition notice dated August 7, 2003 and the person(s) from defendant with familiarity with the December 14, 2000 incident on which this case is based.  On plaintiff's representation that defendant has failed to date to comply with the order compelling the 30(b)(6) deposition notice, and in the absence of any explanation or objection by defendant, default is entered.  Any motion to set aside default must be filed no later than July 19, 2004 and will only be granted if the required 30(b)(6) deposition has been satisfactorily concluded.

   If no motion to set aside is filed by July 19, 2004, plaintiff may move for entry of default judgment and hearing on

damages will be scheduled.

               IT IS SO ORDERED.


_____   _____
               Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:** **June 23, 2004**