**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**PRINCISVALLE**                              :

**v.**                                        :     **NO. 3:02cv154 (JBA)**

**COLLAVINO NORTHEAST CONSTRUCTION**          :

### ENDORSEMENT ORDER [DOC. #32]

Motion to Set Aside Default [doc. #32] is GRANTED, absent objection.

IT IS SO ORDERED.

_____                    Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:     June 21, 2004**