**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **PRINCISVALLE** | : |
| **v.** | :    **NO. 3:02cv154 (JBA)** |
| **COLLAVINO NORTHEAST CONSTRUCTION** | : |

**AMENDED SCHEDULING ORDER**

The parties' status conference has been rescheduled to 9/28/04 at 4:00 p.m. Status reports will now be due in chambers on 9/24/04. See format attached.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:    August 06, 2004**