**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**PRINCISVALLE**                          :

**v.**                                    :   **NO. 3:02cv154 (JBA)**

**COLLAVINO NORTHEAST CONSTRUCTION**      :

**ENDORSEMENT ORDER [DOC. #28]**

Motion to Determine Sufficiency of Answers to Revised Requests for Admission [doc. #28] is DENIED as moot by agreement as set forth on the record 10/4/04.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:** <u>October    , 2004</u>