UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
AT BRIDGEPORT

|  |  |
|---|---|
| WALTER PRINCISVALLE | : CIVIL ACTION ABA<br>: NO. 302CV154 (GLG)<br>:<br>:<br>:<br>:<br>: |
| Plaintiff, |  |
| V. |  |
| COLLAVINO NORTHEAST<br>CONSTRUCTION, LLC |  |
| Defendant. |  |
|  | : OCTOBER 15, 2004 |

NOTICE OF APPEARANCE

PLEASE ENTER the appearance of William Mastrogiovanni, Jr., as attorney for the defendant Collavino Northeast Construction, LLC in the above-entitled matter.

THE DEFENDANT,
Collavino Northeast Construction, LLC

By _____
William Mastrogiovanni, Jr., Esq.
D'Attelo & Shields
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
ct20205

## CERTIFICATION

I hereby certify that a copy of the above was mailed on October 15, 2004, to all counsel and pro se parties of record:

F. Timothy McNamara
Timothy McNamara P.C.
102 Oak Street
Hartford, CT 06106

_____
William Mastrogiovanni, Jr., Esq.