UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRINCISVALLE               :

v.                         :   NO. 3:02cv154 (JBA)

COLLAVINO                  :

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provision of 28 U.S.C. 636(c) and Fed. R. Civ. P. 73, the parties in the above-captioned civil matter have consented to proceed before a United States Magistrate Judge for all purposes.

| Signatures | Date |
|---|---|
| F. Timothy McNamara | 10/05/04 |
| Joseph Labella | |

Unless otherwise indicated below, any appeal shall be taken to the United States Court of Appeals for this judicial court, in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73(c).

### ORDER OF TRANSFER

IT IS HEREBY ORDERED that the above-captioned case be transferred to Magistrate Judge Joan Glazer Margolis for all purposes in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: Oct. 15, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRINCISVALLE          :

v.                    :    NO. 3:02cv154 (JBA)

COLLAVINO             :

### NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provision of 28 U.S.C. 636(c) and Fed. R. Civ. P. 73, the parties in the above-captioned civil matter have consented to proceed before a United States Magistrate Judge for all purposes.

Signatures                              Date

F. Timothy McNamara
_____                 10-15-04
William Mastrogiovanni, Jr.

Unless otherwise indicated below, any appeal shall be taken to the United States Court of Appeals for this judicial court, in accordance with 28 U.S.C. 636(c) and Fed.R.Civ.P. 73(c).

### ORDER OF TRANSFER

IT IS HEREBY ORDERED that the above-captioned case be transferred to Magistrate Judge Joan Glazer Margolis for all purposes in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

IT IS SO ORDERED.

Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: Oct 15, 2004