IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-------------------------------------------------x
                                                 :
WALTER PRINCISVALLE               : 3:02CV154(JGM)
                                                 :
v.                                               :
                                                 :
COLLAVINO NORTHEAST               : OCTOBER 20, 2004
 CONSTRUCTION                     :
-------------------------------------------------x
```

ORDER

     On October 19, 2004, Judge Janet Bond Arterton transferred, by consent, Walter Princisvalle v. Collavino Northeast Construction to this Magistrate Judge. (See Dkt. #38). For the duration of this Magistrate Judge's involvement with this file, courtesy copies of all filings should be forwarded to her Chambers, at 141 Church Street, Room 303, New Haven, Connecticut 06510.

     Dated at New Haven, Connecticut, this 20th day of October, 2004.

                                                    /s/
                                          Joan G. Margolis
                                          U. S. Magistrate Judge