IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT2

```
-----------------------------------------------------------x
                                            :
WALTER PRINCISVALLE                         :       3:02 CV 154 (JGM)
                                            :
v.                                          :
                                            :
COLLAVINO NORTHEAST                         :       DATE: MAY 20, 2005
CONSTRUCTION, LLC                           :
-----------------------------------------------------------x
```

## MEMORANDUM OF STATUS CONFERENCE

Date of Conference:  May 19, 2005

Attorneys Present:   F. Timothy McNamara, Esq.
                     (For Plaintiff)(by telephone)

                     Joseph A. Labella, Esq.
                     (For Defendant)(by telephone)

### DISCUSSIONS

Counsel agreed to the deadlines below.

### ORDERS

1.  By agreement of counsel, all discovery shall be completed **on or before August 31, 2005**.

2.  Counsel should contact the Magistrate Judge's Chambers during July 2005 to schedule a settlement conference before her during September or October 2005.

3.  The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 20th day of May, 2005.


_____/s/_____
Joan Glazer Margolis
United States Magistrate Judge