UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER PRINCISVALLE ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3:02-CV-154 (JGM) |
| ) | |
| VS. ) | |
| ) | |
| COLLAVINO NORTHEAST ) | |
| CONSTRUCTION, LLC ) | |
| ) | |
| Defendant. ) | SEPTEMBER 29, 2005 |

PLAINTIFF'S VIEW OF THE MATTER

We submit that there is no factual issue as to the fact that the employees of the Defendant were the individuals who were involved in the activity that resulted in a beam striking the Plaintiff on his shoulder and neck.

The Plaintiff claims that as a result of this he was permanently disabled and no longer is able to work. The injury was dealt with by the State of New York Workers' Compensation Board and it found that the Plaintiff was permanently injured and 100% disabled. Apparently, the

medical connection is what is in dispute.

Accordingly, we attach a copy of the medical report of the operating surgeon, Daniel E. Spitzer, M.D. In addition we attach the reports of the workers' compensation doctors, Michael Daras, M.D., Ph.D. and Ralph J. Greenberg, M.D. As the Court will see there is no dispute by any of them and that the injury complained of was directly connected to the incident which is the subject matter of this lawsuit. The Defendant had an Independent Medical Evaluation (IME) performed by Phillip S. Dickey, M.D. in New Haven. In our view he also concludes that the injury resulted in his disability, but says that it was because it was superimposed upon an existing condition. However, it is clear to us that he concludes that as a result the surgery was needed and was a result of the accident.

At the time of this injury, the Plaintiff was earning $100,000.00 a year. At the time of this document the compensation carrier claims that it has paid more than $70,000.00 and that under the law of the State of New York it is entitled to a full reimbursement. Further, it claims that under that law it has a lien and needs not to bring an intervening complaint and we

agree with that position.

                            THE PLAINTIFF,
                            WALTER PRINCISVALLE

                    By_____
                        F. Timothy McNamara, Esq.
                        Fed. Bar #ct04227
                        F. Timothy McNamara, P.C.
                        102 Oak Street
                        Hartford, CT  06106
                        Tel. 860-249-8458
                        Fax 860-249-8850
                        ftimothymcnamara@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed by first class mail, postage prepaid on this 29th day of September, 2005 to:

Joseph A. La Bella, Esq.
Leslie Gold McPadden, Esq.
William Mastrogiovanni, Jr., Esq.
D'Attelo & Shields
500 Enterprise Drive
Rocky Hill, CT  06067

and a copy was also hand delivered at the Settlement Conference on

September 30, 2005.

                                                  _____
                                                  F. Timothy McNamara, Esq.
                                                  F. Timothy McNamara, P.C.

Courtesy Copy to:  The Honorable Joan Glazer Margolis, United States
                    Magistrate Judge.