FILED

2005 NOV 18  A 10: 05

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER PRINCISVALLE | CIVIL ACTION NO. 3:02CV00154 (JGM) |
| Plaintiff, | |
| V. | |
| COLLAVINO NORTHEAST CONSTRUCTION, LLC | |
| Defendant | NOVEMBER 17, 2005 |

## DEFENDANT'S LIST OF EXHIBITS

Access Ambulance, Ambulance Call Report, 12/14/00

Stamford Hospital Emergency Department Records, 12/14/00

Nyack Magnetic Resonance, 12/27/00

Nyack Hospital CT of Upper Thoracic Spine, 1/10/01

Nyack Magnetic Resonance, MRI LS Spine, 1/26/01

Electrodiagnostic Evaluation, 1/30/01 (Dr. Irwin Librot)

Hudson Valley Radiology Assoc. P.L.L.C., MRI C spine, 6/28/02

Deborah A. Shapiro, M.D., Rockland Pulmonary & Medical Assoc.

CT of Chest, 12/1/00

Nyack, Chest Xray 9/9/02

Testimony of Walter Princisvalle, August 7, 2003 (excerpt),
    Aug. 7, 2003, Case No. 30208757 State of New York,
    Workers' Compensation Board

Checks Payable to Princess Consulting by Geo. A. Fuller Co., Inc.

George A. Fuller Company, Daily Log Grey Rock Tower, December, 2000

George A. Fuller Company, Inc., Accident Report, 12/14/00

George A. Fuller Company, Accounts Payable Check Register

Walter Princisvalle Records
    Schedule C 1997
    Schedule C 1998
    Schedule C 1999
    Tax Return 2000
    Tax Return 2001

Contracts George A. Fuller Company, Inc.

Testimony of Walter Princisvalle (workers' compensation hearing), August 7, 2003

United States Life Tables, 2002
    National Vital Statistics Reports (11/10/04)

Worklife Estimates: Effects of Race and Education
    U.S. Department of Labor
    Bureau of Labor Statistics, February, 1986

THE DEFENDANT,
COLLAVINO NORTHEAST
CONSTRUCTION, LLC

*/s/ Joseph A. La Bella*

Joseph A. La Bella
D'Attelo, Shields & La Bella
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
Telephone: (860) 571-7999
Federal Bar No. ct01403
Tel. 860-571-7999
Fax 860-571-7979
joseph.labella@zurichna.com

## CERTIFICATION

I hereby certify that the original of the above was mailed or electronically delivered on November 17, 2005 to all counsel and pro se parties of record.

F. Timothy McNamara, Esq.
Timothy McNamara, P.C.
102 Oak Street
Hartford, CT 06106

_____
Joseph A. La Bella