FILED

2005 NOV 18  A 9:48

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WALTER PRINCISVALLE | CIVIL ACTION NO. 3:02CV00154 (JGM) |
| Plaintiff, | |
| V. | |
| COLLAVINO NORTHEAST CONSTRUCTION, LLC | |
| Defendant | |
| | NOVEMBER 17, 2005 |

## DEFENDANT'S LIST OF WITNESSES

**1.   James Bruno** (Project Superintendent, Fuller Construction) -- The plaintiff is expected to call Mr. Bruno to testify to the plaintiff's knowledge and experience in construction. Mr. Bruno will testify that Mr. Princisvalle was a knowledgeable and experienced construction superintendent who has experience with every aspect of construction. Mr. Bruno is also expected to testify that at the time of the accident he was the Project Superintendent and had authority over the project, but he was on vacation at the time of the accident. Thus, at the time he was injured, Mr. Princisvalle was the acting superintendent. In this capacity, Mr. Princisvalle was responsible for directing the work of subcontractors including the laborers working on behalf of Collavino Northeast Construction. Mr. Bruno is also expected to testify concerning the technique for stripping concrete forms on the Grey Rock Tower project.

Mr. Bruno's testimony can reasonably be expected to last less than one hour.

**2.     John Alba** (Asst. Project Superintendent, Fuller Construction) -- Mr. Alba is expected to testify concerning the job site and practices at the Grey Rock Tower project. He is expected to testify to the role of the Project Superintendent and his assistants on this site, including the direction and supervision of the work of the subcontractors. He is expected to testify to the manner in which concrete was poured using forms created on site and the manner in which the forms were stripped. He is expected to testify that it was done in a similar fashion throughout the project. Mr. Alba also prepared the Daily Logs used throughout the project and reflecting, in general, the work performed on each day of the project. He also prepared the accident report concerning this incident. He is expected to testify to the contents of the Daily Logs for the month of December, 2000 as well as the information he gained from the plaintiff concerning this incident and reflected in the incident report. He is also expected to testify to his observations of Mr. Princisvalle on the day of the accident.

Mr. Alba's testimony is expected to last roughly one and one-half hours.

**3.     Tony Cyran** (Butler Investigations) -- Butler Investigations was to investigate a potential claim against George A. Fuller Construction or Cappelli Enterprises. Mr. Cyran is expected to confirm that when interviewed Mr. Princisvalle said that he had been giving direction to the laborers stripping the concrete forms prior to the time of the incident.

Mr. Cyran's testimony is expected to last approximately 15 minutes.

**4.     John Romano** (Fox Steel - Iron Worker) -- Mr. Romano is expected to testify that he was a witness to this incident. At the time, Mr. Princisvalle was showing Mr. Romano and Mr. Gardecki where a wall was to be constructed. He is expected to testify that the three men stopped beneath an unsupported beam, stood talking for five or ten seconds, and then the beam fell, striking Mr. Princisvalle. He is expected to testify that he believes that the beam fell three to four feet and that it was or may have been held in place, sticking to the concrete above.

Mr. Romano's testimony is reasonably expected to last roughly one hour.

**5.     Phillip Dickey, M.D.** (Neurosurgeon, IME) -- Dr. Dickey is expected to testify that Mr. Princisvalle suffered from significant pre-existing cervical spondylosis, a

Case 3:02-cv-00154-JGM    Document 59    Filed 11/18/2005    Page 3 of 6

degenerative condition of his cervical spine. The condition is also progressive. As a result of the accident, Mr. Princisvalle suffered a "Clay Shoveler's" fracture of the spinous process of two vertebrae. He is expected to explain that these bones protrude from the vertebral bodies. Further, Dr. Dickey is expected to testify that while Mr. Princisvalle did develop the need for surgery, this was a result of the progress of his underlying condition and not as a result of the trauma from the incident.

Dr. Dickey is reasonably expected to offer the following opinions in this matter:

1. Mr. Princisvalle suffered from pre-existing spondylosis and degeneration in both his cervical and lumbar spines. The former is a degenerative condition, which was not caused by the incident underlying this case. Dr. Dickey is expected to testify that this degeneration was present in both the vertebrae, discs and facet joints. Further, this condition would probably have progressed with or without the underlying accident.

2. Mr. Princisvalle suffered a fracture at the C7 and T1 spinous processes, cervical radiculopathy involving primarily the C6 nerve rout and lumbar strain as a result of the incident underlying this case;

3. Mr. Princisvalle's medical condition, however, was more severe, including progressive spinal cord dysfunction.

4. Mr. Princisvalle did need decompressive spinal cord surgery. The spinal cord dysfunction and resulting need for decompressive surgery are the result of the progression of cervical spondylosis a pre-existing condition unrelated to this accident underlying this case.

Dr. Dickey's testimony is reasonably likely to last approximately two and one-half hours.

**6.    Mario Collavino** (Owner -- Collavino Northeast) -- Mr. Collavino owns Collavino Northeast. He is expected to testify that the laborers on the project were secured from a local union hall and although employees of Collavino during the project were also subject to the direction and control of the Project Superintendents, including Mr. Princisvalle.

Mr. Collavino's testimony is expected to last roughly one hour.

7.  **William DuRie** (Representative of E.F. Walsh/Fuller Construction/Cappelli Enterprises): Mr. DuRie is expected to testify to the existing records concerning this accident and Mr. Princisvalle's work for E.F. Walsh/Fuller Construction. He is expected to testify that there exists only one accident report, signed by John Alba. He is also expected to testify that Mr. Princisvalle returned to work in 2001 after the accident and worked through several months of that year.

Mr. DuRie's testimony is expected to last roughly one half hour.

THE DEFENDANT,
COLLAVINO NORTHEAST
CONSTRUCTION, LLC

Joseph A. La Bella
D'Attelo, Shields & La Bella
500 Enterprise Drive, Suite 4B
Rocky Hill, CT 06067
Telephone: (860) 571-7999
Federal Bar No. ct01403
Tel. 860-571-7999
Fax 860-571-7979
joseph.labella@zurichna.com

4

## CERTIFICATION

I hereby certify that the original of the above was mailed or electronically delivered on November 17, 2005 to all counsel and pro se parties of record.

F. Timothy McNamara, Esq.
Timothy McNamara, P.C.
102 Oak Street
Hartford, CT 06106

Joseph A. La Bella