AO 187 (Rev. 7/87) Exhibit and Witness List

United States District Court

District of Connecticut

United States District Court
District of Connecticut
12/5/05
_____, Clerk
P. Moore
Deputy Clerk

Walter Princisvalle v. Collavino Northeast Const.

Pl+f
EXHIBIT ~~AND WITNESS LIST~~

CASE NUMBER: 3:02CV154(JGM)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J.G. Margolis | F. Timothy McNamara | Joseph A. Laballa |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/5/05 | | P. Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 37 | | 12/5/05 | F | | E+F Walsh - Contract |
| 1 | | 12/5 | F | | Tax Returns of Mr Princisvalle |
| 2 | | 12/5 | F | | |
| 3 | | 12/5 | F | | |
| 4 | | 12/5 | F | | |
| 5 | | 12/5 | F | | |
| 6 | | 12/5 | F | | |
| 7 | | 12/5 | | | |
| 8 | | 12/5 | F | | Access Ambulance Call Report |