AO 187 (Rev. 7/87) Exhibit and Witness List

United States District Court
District of Connecticut
FILED AT NEW HAVEN
12/5/05
Kevin F. Rowe, Clerk
P.A. Moore
Deputy Clerk

# United States District Court

DISTRICT OF Connecticut

Walter Princisville v. Collavino Northorst Const

**EXHIBIT LIST**

CASE NUMBER: 3:02CV154 (JGM)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J.G. Margolis | F. Timothy McNamara | Joseph A. Lebolla |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/5/05 | | P. Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 38 | G | 12/5/05 | ID | | Accident Report - George Fuller Co. Inc |