United States District Court
District of Connecticut
FILED AT     NEW HAVEN

12/5/05

Kevin F. Rowe, Clerk

By _____
Deputy Clerk

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _Connecticut_

PLTF + DEFT

EXHIBIT AND WITNESS LIST

Walter Princisusky Co Hauim northeast
const

CASE NUMBER: 3:02CU 154 (JGM)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANTS ATTORNEY |
|---|---|---|
| J.G. Margolis | F. Timothy McNamara | Joseph A LaBolla |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/5/05 | | P. Moore |

| PLT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 12/5/05 | | | MR Collavino- Windsor Ontario |
| ✓ | | 12/5/05 | | | Walter Princivelle  Nyack NY |