FILED

2006 MAR 29 P 12: 58

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WALTER PRINCISVALLE | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 302CV154 (JGM) |
| | ) | |
| VS. | ) | |
| | ) | |
| COLLAVINO NORTHEAST | ) | |
| CONSTRUCTION, LLC | ) | |
| | ) | |
| Defendant. | ) | FEBRUARY 3, 2006 |

### STIPULATION TO DISMISS

The Plaintiff, Walter Princisvalle and the Defendant, Collavino Northeast Construction, LLC, stipulate that this case may be dismissed as to these parties without prejudice and without costs or fees awarded to any party.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF,
WALTER PRINCISVALLE

By: _____
F. Timothy McNamara, Esq.
F. Timothy McNamara, P.C.
102 Oak Street
Hartford, CT 06106
Tel. (860) 249-8458
Fax (860) 249-8850
Federal Bar No. ct04227

1

                                                THE DEFENDANT,
                                                COLLAVINO NORTHEAST
                                                CONSTRUCTION, LLC

                                                By: _____
                                                     Joseph A. Labella, Esq.
                                                     D'Attelo & Shields
                                                     500 Enterprise Drive
                                                     Rocky Hill, CT 06067
                                                     Tel. (860) 571-7999
                                                     Fax. (860) 571-7979
                                                     Federal Bar No. ct01403

                        SO ORDERED,


                        _____
                        THE HONORABLE JOAN G. MARGOLIS,
                        MAGISTRATE JUDGE


                                            CERTIFICATION

     This is to certify that a copy of the Stipulation to Dismiss was mailed by first class mail, postage prepaid on this _____ day of February, 2006 to:

Joseph A. La Bella, Esq.
D'Attelo & Shields
500 Enterprise Drive
Rocky Hill, CT 06067


                                            _____
                                            F. Timothy McNamara, Esq.
                                            F. Timothy McNamara, P.C.